

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00361-CV

| | | |
|---|---|---|
| KENNETH OKONKWO, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-5246-431) |
| V. | § | May 5, 2022 |
| CONNECTIONS WELLNESS GROUP, LLC AND LANDON AWSTIN GREGG, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kenneth Okonkwo shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker